AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00184 |
| NATHANIEL J. DEGRAVE (AKA: NATHAN DEGRAVE) | ) | Assigned to: Judge Faruqui, Zia M |
| DOB: XXXXXX | ) | Assign Date: 1/28/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1)&(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2)(D),(E),(F)&(G) | Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 18 U.S.C. § 231(a)(3) | Obstruction of Law Enforcement During Civil Disorder. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Paul J. West, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/28/2021

*Judge's signature*

City and state: Washington, D.C.   ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*