Exhibit B

<u>Nathan DeGrave</u>

As a maternal grandfather, I have cherished and loved Nathan during the several yearly extended visits. I observed him to grow and mature as the peaceful and respectful man that he is today. His love for this country has, perhaps, taken roots through the many trips taken throughout the USA and some anecdotes of my personal experiences lived during WWII, as a very young member of the resistance against Nazis and Fascist occupying Northern Italy, while being there as an American citizen stuck overseas.

In addition, Nathan must have known how much the United States of America ought to be constitutionally loved and cherished by observing and admiring my dedication of a greater part of my career as Foreign Officer, including the worldwide USAID Office of American Schools and Hospitals Abroad (ASHA). I often told him of my experiencing the negative effects of terrorism and revolutionary activities, mostly in West and South African plus Central and South American countries.

He learned and understood, from my experiences overseas, the value of freedom and civility. For all the above reasons, I cannot attribute to Nathan the character of either "a revolutionary" or "a terrorist." It just doesn't fit with the man I have grown to love and mutually respect.

███ Fortunato, ███                                      (*1933-still living and retired*)

Amazon.com: Motorcycle Helmet Riding Goggles Glasses With ...          https://www.amazon.com/Motorcycle-Removable-Detachable-Fog...

Exhibit C

Automotive Parts & Accessories ▾    motorcycle riding helmet          Subtotal $0.00

All    Best Sellers    Beauty & Personal Care    New Releases    Fashion    Toys & Games    Handmade

Automotive    Your Garage    Deals & Rebates    Best Sellers    Parts ▾    Accessories    Tools & Equipment ▾    Car C

‹ Back to results

# Motorcycle Helmet Riding Goggles Glasses With Removable Face Mask, Detachable Fog-proof Warm Goggles Mouth Filter Adjustable Non-slip Strap Vintage Bullet Fight Motocross (black)

Visit the GGBuy Store

3,181 ratings | 105 answered questions

Was: ~~$17.99~~
Price: **$16.99** & FREE Returns
You Save: $1.00 (6%)

Pay ~~$16.99~~ **$16.99** when you add a new payment method to your Amazon wallet. **Click here to add a Mastercard and save.** Terms Apply

Roll over image to zoom in

Extra Savings   Promotion Available.
1 Applicable Promotion

Color: **Black**



$16.99    $19.99
$21.99    $17.99
$17.99    $21.99
$22.99    $21.99

Ships fro
Sold by

☐ Add
FREE
and
deli

☐ Add
retur

Add to

Sha

Exhibit D

