UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.   21-cr-90 |
| NATHANIEL DEGRAVE | : | Judge Friedman |

### DEFENDANT NATHANIEL DEGRAVE'S SUPPLEMENT
### APPLICATION FOR MODIFICATION OF PRETRIAL DETENTION

Defendant Nathaniel DeGrave, through undersigned counsel, respectfully supplements his reply regarding pretrial detention, to include posts from the 5,000+ page Facebook warrant return provided to counsel on the evening of 3/22/2021.

1. While counsel does not pretend to have analyzed the 5,000+ Facebook pages in this short time, or to have expertise in Facebook, important Facebook posts which are clearly exculpatory under Brady v. Maryland, 373 U.S. 83 (1963), are presented to the Court:

- Post by Mr. DeGrave on 2021-01-08:

"I am a big Trump supporter everyone knows that. But now that we are in a new year with a new president we really need to start coming together. Really tired of the violence and the division and we need to start fighting these wars with love and peace. The fact that people were killed over the week is truly sickening. Violence is not cool whether it comes from the left or the right. I condemned it when antifa did it and I condemn it now."

1

- Post by Mr. DeGrave on 2021-01-08:

    " I hope more people across political parties with disagreements can start fighting this war of division with their words. We really need to start having more open dialogue, which goes for both sides. I just love this country and don't want to go down the road that we're heading."

- Post by Mr. DeGrave on 2021-01-08:

    "violence is never justifiable bro. What we need is unity more than ever"

- Mr. DeGrave repeated on 2021-01-08:

    "Political violence never works"

- After Mr. DeGrave was accused in the same thread of being a "fake" Trump supporter, and the writer questioned whether there was actually violence in the capitol, Mr. DeGrave replied:

    "Bro people were killed. LOL I'm not a fake supporter now you're being ridiculous. I'm tired of the violence from the left and right"

- Post by Mr. DeGrave on 2021-01-09:

    "Political violence is NEVER the answer but let me make one thing clear... I still believe Donald Trump was the greatest president of all time."   (Emphasis in original.)

- Post by Mr. DeGrave on 2021-01-07:

    "Biden's speech wasn't half bad"

2. It is clear that Mr. DeGrave went to Washington answer to the President's call, with the intent to support and defend the country that he loves.  He was not affiliated with any

extremist group. A fair review of his Facebook pages show that he was affected by what happened at the Capitol on January 6. In fact, he condemned the violence. The government has not and cannot show by clear and convincing evidence that there is a serious risk that Mr. DeGrave would obstruct justice if released.

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400 7th St, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969
Email: jslaight@att.net