## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case Number 21-cr-90-PLF** |
| **NATHANIEL DEGRAVE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter comes before the Court pursuant to a motion of the United States to seal three proposed video exhibits in support of its opposition to the defendant's motion for bond. At the detention hearing held on March 25, 2021, counsel for the defendant indicated that the defendant did not oppose the government's motion.

The Court finds that because there are reasonable grounds to believe that the disclosure of such materials could jeopardize national security, the United States has established a compelling governmental interest to justify the requested sealing. It is therefore

**ORDERED** that the government's motion to seal is hereby **GRANTED**, and that the proposed video exhibits are sealed until further Order of this Court. Notwithstanding the sealing, the government may disclose the materials in furtherance of its law enforcement and prosecution needs and discovery obligations.

Dated: March 25, 2021

PAUL L. FRIEDMAN
United States District Judge
District of Columbia

cc:     Jessica Arco
        U.S. Attorney's Office for the District of Columbia
        555 Fourth Street NW, Fourth Floor
        Washington, DC 20530

        Joanne Slaight
        400 7th Street NW, Suite 206
        Washington, DC 20004