UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.   21-cr-90 |
| | : | |
| NATHANIEL DEGRAVE | : | Judge Friedman |
| _____ | : | |

**DEFENDANT NATHANIEL DEGRAVE'S**
**OPPOSITION TO GOVERNMENT'S EMAIL PROFFER OF YOUTUBE VIDEO**

Defendant Nathaniel DeGrave, through undersigned counsel, respectfully opposes introduction of a YouTube video which the government submitted to the court by email link on the afternoon of April 1, 2021 for consideration in Mr. DeGrave's bond hearing.

Undersigned counsel has reviewed the video by the web link.  The government has not proffered that Mr. DeGrave is in this video, and undersigned counsel did not see Mr. DeGrave in one nanosecond of this 7+ minute video.   The video is not relevant to Mr. DeGrave's hearing, and is merely a vehicle to inflame the viewer.

In addition, the YouTube video is not static.  It can be amended or deleted at will by the poster, YouTube personnel, and who-knows-who-else.  There is no guarantee that the video has not or will not be edited, all parties are viewing the same video, or even that the video will continue to be on the website.

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400 7th St, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969
Email: jslaight@att.net