# jslaight@att.net

**From:**    █████████████████████
**Sent:**    Monday, March 15, 2021 2:38 PM
**To:**    jslaight@att.net
**Subject:**    In Regard to Mr. Nathaniel DeGrave

Hello Ms. Slaight:

Thank you for contacting me today in regard to Mr. Nathaniel DeGrave.

Mr. DeGrave rented a condo from my company, █████████████████, from 02/2018 until 09/2021 at The ██████████████████ in Las Vegas.  He has always paid his rent on time and been a very reliable tenant.

When his lease expired this year, I referred Mr. DeGrave to a close friend of mine, who subsequently entered into a 1 year lease in the same community.  Again, Mr. DeGrave has paid his rent on time and is in good standing.

Mr. DeGrave's rent is current through the end of this month.

Please feel free to contact me if I can help any further.


Best,
████████████
████████████
REALTOR®
Licensed Property Manager, ████████████
████████████████████
Las Vegas, NV 89102
email: ████████████████
cell: ████████████

1

March 23, 2021

To Whom It May Concern:

Nathan Degrave has rented a two bedroom / two bath luxury condominium from ███████████ LLC since September 15, 2020. The property is located at ██████████████████████ within the ████████████████████████████████████.

Mr. Degerave is a very responsible tenant and has always paid his rent on or before the due date. Las Vegas has been hit hard by unemployment for over one year now and due to Covid 19 many tenants have just stopped paying their rent. Not Mr. Degrave and we are lucky to have him.

Sincerely,

███████████

Owner
████████

Exhibit C



▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆

April 1, 2021

To whom it may concern:

I am writing this letter as a character reference for Nathan DeGrave.  Nate is an Internet marketing consultant that I met over 5 years ago.  I was impressed with his skills in getting websites built quickly and helping vet out marketing concepts.

When it came down to creating my new concept for marketing Cloud Based Technology I thought of Nate.  He got right to the point in helping me get down to business.

I found Nate to be a critical thinker and very helpful in turning my ideas into reality.

I find Nate to be an individual of high integrity.

Best regards,

▆▆▆▆▆▆▆▆

Exhibit D

To whom it may concern,

As a friend of Nate, I would like to say that he is a great guy overall. Yes, he messed up doing what he did, greatly.. But I am sure that he's learned his lesson already. I have known him almost one year now, but since the first day I met him, he was like a brother to me.

We met at a Thanksgiving holiday party, and right away I knew that he was A guy that I had to know. He kept talking about business, success, mindset and goals.. Which is exactly the way I am.

We are not perfect, but I can surely say that we do our best to be the best we can possibly be for ourselves, our friends, our family and our country.

All Nate does is work and think about how he can help other people. I am the same way, so right after we met, we started thinking about ways we can work together on different things.

We like to stay productive, proactive and positive in everything we do… hungry for success, and never letting anything slow us down or get in our way.

Nate should not have done what he did, but I feel like at that time in his life, he was very upset and let his emotions get the best of him.

We need to understand that things will not always go our way, especially if it's politically related, but we can not act on that. I am sure Nate now understands that.

I am a Marine Corps veteran myself and have my own struggles with accepting things, but I know that this is the way life is and we must accept it.

When Nate gets out of prison, I assure you that he will not do anything like this again.. I know that it is driving him crazy being locked up right now. And as a friend of Nate, I will do my best to make sure that he does the right things moving forward.

I will not be the only person to help him. He has lots of family and friends back home that love and support him, and know that having him safe is the best thing for him.

Nate is a very smart guy, always taking care of other people first.. Keeping his mind and body in the best shape. He wants to make a positive impact on the world, and does not want this to be the end of things.

He acknowledges his mistakes like most of us, learns and moves on. He does not have a criminal record, and is a great contributor to his community. We need him home.


- Best regards,

**RED RIVER POS**

Exhibit E

4-14-2021

RE: LETTER OF OFFER OF CHARACTER.

**My name is ▮▮▮▮▮▮ I have worked with Nate for three years. He has helped me build my online business and has continued to help me build it. He has been a good friend of mine and I have never known him to be violent in any way. Nate has helped organize photoshoots to help promote some of my properties around the Las Vegas area. I found that Nate is a smart young man. I don't know where my business would be without his help and I appreciate everything he has done for me. I look forward to working with him in the future.**



Enclosures:

CC: File

Exhibit F

As a long-time business boss/friend of Nathan DeGrave "Nate" and as I work on his company for more than a year, we've built trust and loyalty in both of us. He trusts me in everything when it comes to helping him with his business and I trust him as a boss/friend.

During the time I have known Nathan Degrave for over a year, I can assure that the ideas, knowledge, especially for being a nice "Boss" to us all is appreciated. We trust him and we are grateful. I can tell you without doubt that Nathan Degrave is incredible loyal friend and a good boss to us all.

If any additional information is required concerning my association with Nathan DeGrave, feel free to contact me. Thank you for your time and consideration.
███████   ████████████████████████████

Sincerely,

████████████████████████