UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | Criminal No.  2020-CR-90 |
| v.           ] | |
| ] | Judge Friedman |
| NATHANIEL DEGRAVE        ] | |
| ] | |

## NOTICE OF APPEAL

Defendant Nathaniel DeGrave, through undersigned counsel, respectfully notices an appeal to the United States Court of Appeals for the District of Columbia Circuit in the above-captioned matter, and provides the following information:


Name and address of appellant:   Nathaniel DeGrave
               DCDC # 376-789
               1901 E St, SE (Correctional Treatment Facility)
               Washington, DC 20003

Name and address of trial counsel:   Joanne D. Slaight
                  Bar #332866
                  400  7th  Street, N.W.,  Suite 206
                  Washington, DC  20004
                  Phone 202-256-8969

Offense:
    18 U.S.C. § 111(a)(1) - Assaulting, resisting or impeding officers
    18 U.S.C. § 231(a)(3) - Civil disorder
    18 U.S.C. § 1512(c)(2),2 – Obstruction of an official proceeding
    18 U.S.C. § 1752(a)(1) – Entering and remaining in a restricted building or grounds
    18 U.S.C. § 1752(a)(2) - Disorderly conduct in a restricted building or grounds
    40 U.S.C. § 5104(e)(2)(D) - Disorderly conduct in a capitol building
    40 U.S.C. § 5104(e)(2)(E) - Impeding passage through the capitol grounds or buildings
    40 U.S.C. § 5104(e)(2)(F) - Act of violence in capitol grounds or buildings
    40 U.S.C. § 5104(e)(2)(G) - Parading, demonstrating or picketing in a capital building

Judgment: 5/6/2021: Order of Detention Pending Trial

CJA, no fee
Does counsel wish to appear on appeal?                             No
    (counsel is not on CJA appellate panel)
Has counsel ordered transcripts?                                   Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act?         Yes

Respectfully submitted,

_5/6/21_____                    _____/s/_____

Date                              Joanne D. Slaight, #332866
                                  400  7th  Street, N.W.,  Suite 206
                                  Washington, DC  20004
                                  Phone (202) 256-8969
                                  Email:  jslaight@att.net