UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-090 (PLF) |
| : | |
| NATHANIEL DEGRAVE, : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Detailee-Trial Attorney Jessica Arco hereby supplements the docket with the following information related to the proceedings on the Defendant's oral motion for modification of pretrial detention and immediate release, in response to the Court's Minute Order dated May 17, 2021:

1. On March 24, 2021, in advance of a hearing on the defendant's bond motion, the government uploaded to USAfx, a document sharing platform, three videos depicting events described in the government's opposition. These videos bore the following file names: Helmet grab assault (rioter footage).mp4; Video of trio near Capitol entrance.mp4; and Assault in Senate Gallery hallway.mp4.

2. On March 25, 2021, the Court held a hearing on the defendant's bond motion, which it ultimately continued to April 2, 2021 and, later, to April 26, 2021. *See* Dkt. No. 23.

3. Also on March 25, 2021, the government filed a motion to seal three proposed surveillance video exhibits, which the Court granted that same day. *See* Dkt. Nos. 17, 18. On March 30, 2021, the government uploaded to USAfx the three sealed surveillance video exhibits for the Court to review. For identification purposes, these videos bore the prefixes 0303, 0686, and 7029, respectively.

4. On April 1, 2021, the government emailed the Court a link to a YouTube video depicting a different angle of a mob—in which the defendant participated—assaulting officers near the Rotunda door of the U.S. Capitol. In response to an objection to the

link raised by defense counsel, the Court ordered the government to make the YouTube video as well as a video referred to in the government's briefing as the "TGI Friday's" video "available to the Court as soon as practicable in the same format in which it has submitted other videos in this case." *See* Mem. Op. & Order dated Apr. 14, 2021 (Dkt. No. 28, at 2). On April 15, 2021, the government uploaded to USAfx the two videos requested by the Court: Restaurant video.mp4 and The US Capitol Breach As It Happened-MVullQb-Lec.mp4.

5. Subsequently, in light of the Court's invitation in its April 14, 2021, Order (Dkt. No. 28) to submit "any additional videos it believes the Court should consider," the government uploaded to USAfx on April 23, 2021, three videos bearing the following file names: FAGW5534.MP4; Movies & TV 2021-04-23 10-26-46.mp4; and GP020391.MP4.

6. On April 26, 2021, the Court held another hearing on the defendant's bond motion and took the motion under advisement.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:  /s/_____
Jessica Arco
Trial Attorney
Detailee – U.S. Attorney's Office for the District of Columbia
D.C. Bar No. 1035204
555 4th Street, NW
Washington, DC 20530
202-514-3204
Jessica.arco@usdoj.gov

Dated: May 17, 2021