UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.   21-cr-90 |
| NATHANIEL DEGRAVE | : | Judge Friedman |

**NOTICE REGARDING SEALED VIDEO EXHIBITS**

Defendant Nathaniel DeGrave, through undersigned counsel, respectfully notifies the Court that he takes no position regarding the Application for Access to Certain Sealed Video Exhibits.

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400  7th  Street, N.W.,  Suite 206
Washington, DC  20004
Phone (202) 256-8969
Email:  jslaight@att.net

1