UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.   21-cr-90 |
| | : | |
| NATHANIEL DEGRAVE | : | Judge Friedman |
| | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Petitioner Joanne Slaight respectfully moves to withdraw as counsel, and as grounds therefore states the following:

Attorney John Pierce entered his appearance for Mr. DeGrave on July 13, 2021

WHEREFORE, petitioner respectfully requests that she be granted leave to withdraw as counsel in the above matter and that her appearance be stricken.

Respectfully submitted,

_____/s/_____

Joanne D. Slaight, #332866
400 7th St, N.W., Suite 206
Washington, DC  20004
Phone (202) 256-8969