# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3030**  **September Term, 2020**

**1:21-cr-00090-PLF-1**

**Filed On: August 31, 2021** [1912257]

United States of America,

    Appellee

  v.

Nathaniel J. Degrave, also known as
Nathan Degrave,

    Appellant

## M A N D A T E

In accordance with the judgment of July 9, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 9, 2021