# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-90 (PLF) |
| NATHANIEL DEGRAVE, : | |
| : | |
| **Defendant.** : | |

## DISMISSAL PRAECIPE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court dismiss the above-captioned case without prejudice, in light of the superseding indictment against the defendant returned in a separate case, *see* Dkt. 46, 21-cr-88 (DLF), which had the effect of merging the defendant's charges in this case with that of defendant Ronald Sandlin, charged in the 21-cr-88 matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:     /s/
Jessica Arco
Trial Attorney – Detailee
D.C. Bar No. 1035204
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20530
Jessica.arco@usdoj.gov

September 27, 2021