# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-90 (PLF) |
| NATHANIEL DEGRAVE, : | |
| : | |
| **Defendant.** : | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to dismiss the above-captioned case without prejudice, in light of the superseding indictment against the defendant returned in a separate case, *see* Dkt. 46, 21-cr-88 (DLF), which had the effect of merging the defendant's charges in this case with that of defendant Ronald Sandlin, charged in the 21-cr-88 matter.

WHEREFORE, the United States respectfully requests that this matter be dismissed without prejudice.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____/s/_____
Jessica Arco
Trial Attorney – Detailee
D.C. Bar No. 1035204
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20530
Jessica.arco@usdoj.gov

September 29, 2021